**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                               NO. 4:09CR00166-001 SWW

ANDREW BEAVERS                                                        DEFENDANT

### ORDER

The above entitled cause came on for hearing August 25, 2014 on government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke defendant's supervised release  [doc #181] is granted and the supervised release previously granted this defendant is **revoked**.   The defendant shall serve a term of imprisonment of *TWELVE MONTHS (12) MONTHS AND ONE (1) DAY*  in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at the facility located in Forrest City, Arkansas.

There will be *NO* supervised release to follow.

IT IS FURTHER ORDERED that the defendant is eligible to self report to the designated facility *by noon on Monday, October 6, 2014.*

IT IS SO ORDERED this 25th day of August 2014.

/s/Susan Webber Wright

United States District Judge